EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: charles.parker@usdoj.gov

JS-6

cc: FISCAL

Attorneys for Respondent the United States

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| CLEAR RECON CORP.,<br><br>    Petitioner,<br><br>vs.<br><br>ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT 9151 SHELLEY DRIVE, GARDEN GROVE, CA 92841,<br><br>    Respondents. | Case No. 8:15-cv-01016 AG (Ex)<br><br>**JUDGMENT TO DISBURSE INTERPLEADED FUNDS** |

Pursuant to the Stipulation to Disburse Interpleaded Funds, and all evidence properly on the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Victor Wolf and Tammye Wolf possess no interest in the surplus funds of $66,377.36 from the judicial foreclosure sale that occurred on December 29, 2104, of the real property located at 9151 Shelley Drive, Garden Grove, California.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that order of priority to the surplus funds is as follows:

| Party | Priority Dates |
|---|---|
| PNC Bank | 4/25/2000 |
| California FTB | 6/22/2010 & 6/28/2010 |
| United States | 8/2/2010 |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Orange County Superior Court Clerk is ordered to distribute the $63,030.35 of interpleaded Surplus Funds from case number 30-2015-00789247-CU-PT-CJC as follows:

| Party | Check Payee | Amount | Address |
|---|---|---|---|
| PNC Bank | PNC Bank, N.A. | $5,451.07 | Jason A. Savlov, Esq.<br>RCO Legal, P.S.<br>Santa Ana, CA 92705 |
| California FTB | California Franchise Tax Board | $33,943.90 | FRANCHISE TAX BOARD<br>c/o Donny P. Le<br>P.O. Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 |
| United States | United States of America | $23,635.38 | AUSA Charles Parker<br>300 N. Los Angeles St.<br>Suite 7211<br>Los Angeles, CA 90012 |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Clear Recon Corp., pursuant to California Civil Code section 2924k(a)(1), is entitled to $2,912.01 trustee's fees and the $435.00 filing fee, which Clear Recon Corp. retained prior to depositing the surplus funds with the Superior Court.  Fees paid to Clear Recon Corp. pursuant to Section 2924k(a)(1) shall not decrease the amount of Surplus Funds paid to the United States.  No further sums shall be paid to Clear Recon Corp.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, except for the payments to Clear Recon Corp. described above, the parties will each bear their own costs and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that nothing in this order waives or limits the IRS's or the California FTB's right to collect any tax liabilities

that were not satisfied through payment of the surplus funds, including assessments discussed herein, and any other assessments not discussed herein.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court will retain jurisdiction to ensure the surplus funds are properly distributed by the Clerk of the California Superior Court, County of Orange.

DATED: October 25, 2015

_____
ANDREW J. GUILFORD
United States District Judge

Respectfully presented,

EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____/s/_____
CHARLES PARKER
Assistant United States Attorney

Attorneys for the United States of America

Cc: FISCAL

3