| | |
|---|---|
| 1 | EILEEN M. DECKER<br>United States Attorney |
| 2 | SANDRA R. BROWN<br>Assistant United States Attorney          cc: FISCAL |
| 3 | Chief, Tax Division<br>CHARLES PARKER (Cal. Bar No. 283078) |
| 4 | Assistant United States Attorney<br>     Federal Building, Suite 7211 |
| 5 |      300 North Los Angeles Street<br>     Los Angeles, California 90012 |
| 6 |      Telephone: (213) 894-2740<br>     Facsimile: (213) 894-0115 |
| 7 |      E-mail: charles.parker@usdoj.gov |
| 8 | Attorneys for Respondent the United States |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CLEAR RECON CORP., | Case No. 8:15-cv-01016 AG (Ex) |
| Petitioner, | SECOND AMENDED JUDGMENT TO DISBURSE INTERPLEADED FUNDS |
| vs. | |
| ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT 9151 SHELLEY DRIVE, GARDEN GROVE, CA 92841, | |
| Respondents. | |

Pursuant to the Court's Order granting the Stipulation to Disburse Interpleaded Funds, the Notice of [Proposed] Second Amended Judgment to Disburse Interpleaded Funds, and all evidence properly on the record:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Victor Wolf and Tammye Wolf possess no interest in the surplus funds of $66,377.36 from the judicial foreclosure sale that occurred on December 29, 2014, of the real property located at 9151 Shelley Drive, Garden Grove, California.

//

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that order of
2  priority to the surplus funds is as follows:

| Party | Priority Dates |
|---|---|
| PNC Bank | 4/25/2000 |
| California FTB | 6/22/2010 & 6/28/2010 |
| United States | 8/2/2010 |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Orange County Superior Court Clerk is ordered to distribute the $63,030.35 of interpleaded Surplus Funds from case number 30-2015-00789247-CU-PT-CJC as follows:

| Party | Check Payee | Amount | Address |
|---|---|---|---|
| PNC Bank | PNC Bank, N.A. | $5,451.07 | Jason A. Savlov, Esq.<br>RCO Legal, P.S.<br>2121 Alton Parkway, Suite 110<br>Irvine, CA 92606 |
| California FTB | California Franchise Tax Board | $33,943.90 | FRANCHISE TAX BOARD<br>c/o Donny P. Le<br>P.O. Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 |
| United States | United States of America | $23,635.38 | AUSA Charles Parker<br>300 N. Los Angeles St.<br>Suite 7211<br>Los Angeles, CA 90012 |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Clear Recon Corp., pursuant to California Civil Code section 2924k(a)(1), is entitled to $2,912.01 trustee's fees and the $435.00 filing fee, which Clear Recon Corp. retained prior to depositing the surplus funds with the Superior Court. Fees paid to Clear Recon Corp. pursuant to Section 2924k(a)(1) shall not decrease the amount of Surplus Funds paid to the United States. No further sums shall be paid to Clear Recon Corp.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, except for the payments to Clear Recon Corp. described above, the parties will each bear their own

costs and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that nothing in this order waives or limits the IRS's or the California FTB's right to collect any tax liabilities that were not satisfied through payment of the surplus funds, including assessments discussed herein, and any other assessments not discussed herein.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court will retain jurisdiction to ensure the surplus funds are properly distributed by the Clerk of the California Superior Court, County of Orange.

DATED: November 19, 2015

ANDREW J. GUILFORD
United States District Judge

Respectfully presented,

EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

          /s/
CHARLES PARKER
Assistant United States Attorney

Attorneys for the United States of America

Cc: FISCAL